Carl C. THORN, Petitioner,

v.

ITMANN COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.

No. 00–1951.

United States Court of Appeals, Fourth Circuit.

Argued June 6, 2001.

Decided June 29, 2001.

S.F. Raymond Smith, Rundle & Rundle, L.C., Pineville, WV, for petitioner.

Kathy Lynn Snyder, Jackson & Kelly, Morgantown, WV, for respondents.

ON BRIEF: Mary Rich Maloy, Jackson & Kelly, P.L.L.C., Charleston, WV, for respondent Itmann Coal.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Following oral argument and having considered the briefs and the record, we find no reversible error in the June 9, 2000, decision of the Benefits Review Board, BRB No. 99–0208 BLA, affirming the administrative law judge's October 29, 1998, decision and order on remand denying benefits.

Accordingly, for the reasons substantially expressed in the opinion of the Benefits Review Board, the petition for review is *DENIED*.